OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed without costs.
 

 Given the expertness developed through the respondent board of trustees’ repeated exposure to the weighing of conflicting diagnostic medical judgments in its specialized area of decision-making (cf.
 
 Matter of Currie v Town of Davenport,
 
 37 NY2d 472, 476), as well as the evaluation submitted to it by its medical board on the basis of the latter’s review of both petitioner’s medical record and the results of its prior examination of the petitioner himself, it cannot be said as a , matter of law that there was insufficient support for the respondent’s denial of the application for an accidental disability pension.
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 
 *921
 
 Order affirmed, without costs, in a memorandum.